Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
jlrouthcaux@hollandhart.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACOB SEELEY, individually and on behalf of all persons similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>                    Defendant. | Case No. : 2:11-cv-00062-GMN-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

## STIPULATION

Plaintiff Jacob Seeley ("Plaintiff") and Defendant Nevada Association Services, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss the above-entitled action with prejudice, with each party to be responsible for its or his own attorney's fees and costs of suit.

No trial date is set in this matter.

DATED this ____ day of November, 2011.          DATED this 15th day of November, 2011.

_____          _____
Patrick J. Reilly, Esq.                                    Phillip S. Aurbach, Esq.
Holland & Hart LLP                                      Marquis Aurbach Coffing
9555 Hillwood Drive, 2nd Floor                    10001 Park Run Drive
Las Vegas, Nevada 89134                             Las Vegas, Nevada 89145

*Attorneys for Defendant*                                *Attorney for Plaintiff*


## ORDER

**IT IS SO ORDERED** this 16th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

C:\NRPortbl\Worksite\S_THOMPSON\5286840_1.DOC
5286840_1.DOC5286840_1.DOC